02-11-225-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00225-CV

 


 
 
 Steven M. Johnson and Steven M. Johnson, P.C. d/b/a
 the Johnson Law Firm
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Mary McKinney
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants' Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).  All other pending motions are dismissed
as moot.

Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
MEIER, and GABRIEL, JJ. 


 

DELIVERED:
 October 27, 2011









[1]See Tex. R. App. P. 47.4.